772

WILTON HOUSE, INC., Plaintiff-Appellee, *v.* THE CITY OF CHICAGO *et al.*, Defendants-Appellants.

(No. 55289;

First District (5th Division)—March 16, 1973.

Opinion by Mr. JUSTICE ENGLISH.

Richard L. Curry, Corporation Counsel, of Chicago, (Marvin E. Aspen, William R. Quinlan, and Marsile J. Hughes, Assistant Corporation Counsel, of counsel,) for appellants.

Maurice J. Nathanson, of Chicago, (Ronald S. Cope, of counsel,) for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* OTHA RILES *et al.*, Defendants-Appellants.

(Nos. 55949-55950 cons.;

First District (5th Division)—March 16, 1973.